UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL CASADABAN | CIVIL ACTION NO. 2:22-cv-00655 |
| VERSUS | |
| | JUDGE JAY C. ZAINEY |
| METAIRIE PARK COUNTRY DAY SCHOOL (A LOUISIANA NON-PROFIT CORPORATION) AND ABC INSURANCE COMPANY | MAGISTRATE JUDGE JANIS VAN MEERVELD |

## ORDER

Considering the foregoing unopposed motion;

IT IS ORDERED that this action is hereby dismissed with prejudice and without costs.

IT IS FURTHER ORDERED that the Court retains jurisdiction for enforcement, if necessary, of the settlement agreement entered into by the parties.

NEW ORLEANS, LOUISIANA this __11__ th day of July, 2022.

_____
HONORABLE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE